# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PLASTIC POLLUTION COALITION, a project of EARTH ISLAND INSTITUTE, a non-profit organization,<br><br>        Plaintiff,<br><br>v.<br><br>AGRICULTURE BAG MANUFACTURING U.S.A., INC.,<br><br>        Defendant. | Case No.  3:14-cv-03997 (NC)<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER PENDING DEADLINES AS MODIFIED |

PUSUANT TO STIPULATION, IT IS SO ORDERED that the following CASE SCHEDULE shall supersede the schedule contained in the order of this court dated September 3, 2014 (Docket 5):

| Date | Event | Governing Rule |
|---|---|---|
| 12/29/2014 | Last day to:<br> Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCP 26(f)<br>ADR LR 3-5 |
| | File ADR Certification signed by Parties and Counsel | Civil LR 16-8(b)<br>ADR LR 3-5(b) |
| | File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil LR 16-8(c)<br>ADR LR 3-5(b) & (c) |
| 1/11/15 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | Civil LR 16-9 |
| ~~1/14/15~~<br>2/5/2015 | INITIAL CASE MANAGEMENT CONFERENCE in Courtroom A, 15th Floor at ~~10:00 A.M.~~ 2:00 P.M. | Civil LR 16-10 |

DATED:  11/14/2015         _____
                           THE HONORABLE NATHANAEL M. COUSINS
                           UNITED STATES MAGISTRATE JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

[~~PROPOSED~~] ORDER
3:14-cv-03997 (NC)