HANSON BRIDGETT LLP
MICHAEL J. VAN ZANDT, SBN 96777
mvanzandt@hansonbridgett.com
NATHAN A. METCALF, SBN 240752
nmetcalf@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:	(415) 777-3200
Facsimile:	(415) 541-9366

Attorneys for Agriculture Bag Manufacturing
U.S.A., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PLASTIC POLLUTION COALITION, a project of EARTH ISLAND INSTITUTE, a non-profit organization,<br><br>          Plaintiff,<br><br>     v.<br><br>AGRICULTURE BAG MANUFACTURING U.S.A., INC.,<br><br>          Defendant. | CASE NO. 3:14-cv-03997-NC<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER PENDING DEADLINES** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the following CASE SCHEDULE shall supersede the schedule contained in the Order of this court dated November 14, 2014 (Docket No. 14):

| Date | Event | Governing Rule |
|---|---|---|
| 1/26/15 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | Civil LR 16-9 |
| 2/11/15 | INITIAL CASE MANAGEMENT CONFERENCE in Courtroom A, 15th Floor at 10:00 A.M. | Civil LR 16-10 |

Counsel may participate by telephone and must call the Courtroom Deputy at 408.535.5343 to make arrangements.

1  Dated: January 12, 2015

   THE HONORABLE NATHANAEL M.
   COUSINS
   UNITED STATES MAGISTRATE JUDGE

   **GRANTED**
   Judge Nathanael M. Cousins

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California.  My business address is 425 Market Street, 26th Floor, San Francisco, CA 94105.

On January 8, 2015, I served true copies of the following document(s) described as

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND OTHER PENDING DEADLINES**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 8, 2015, at San Francisco, California.

/S/ Keith Kiley
Keith Kiley

# SERVICE LIST

| | |
|---|---|
| Gary Davis<br>Davis & Whitlock, P.C.<br>21 Battery Park Ave. Ste 206<br>Asheville, NC 28801<br>Tel:  (828) 622-0044<br>Fax: (828) 398-0435<br>gadavis@enviroattorney.com | James M. Birkelund<br>Law Offices of James Birkelund<br>548 Market Street # 11200<br>San Francisco, CA 94105<br>Tel:  (415) 602-6223<br>Fax: (415) 789-4556<br>james@birkelundlaw.com |
| Rachel S. Doughty<br>Greenfire Law<br>1202 Oregon Street<br>Berkeley, CA 94702<br>Tel:  (828) 424-2005<br>rdoughty@greenfirelaw.com | |